**REDAPT, INC.**
12226 134th Ct., Bldg D
Redmond WA  98052

1-888-800-5633

Invoice

| Invoice | NINV0075716 |
|---|---|
| Date | 6/29/2013 |
| Page | 1 |

Tracking No: ELECTONIC
Customer Ship Acct :
Purchase Order: PO0021184

**Bill To:**
NETSTANDARD, INC.

2000 MERRIAM LANE
KANSAS CITY KS  66106

**Ship To:**
NETSTANDARD, INC.
SHERI CORDER
2000 MERRIAM LANE
KANSAS CITY KS  66106

(913) 428-4239  Ext. 0000

| Freight Terms | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| ELECTRONIC | NETS-04 | MARK HERRON | ELECTRONIC | NET 30 | 7/1/2013 | 48,168 |

| Ordered | Shipped | B/O | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 3004146-E4 | ELA4 CLOUDSTACK STARTER PACK LICS 30SOCKET | $24,375.00 | $24,375.00 |
| 1 | 1 | 0 | 4006402-E4 PO0075956-01 | ELA2 1YR SW MNT CLOUDSTACK STARTER PACK 30S 1 | $6,750.00 | $6,750.00 |
| 1 | 1 | 0 | 3007161-E4 PO0075956-01 | ELA4 CLOUDPORTAL BUSINESS MANAGER STD ED PE 1 | $50,050.00 | $50,050.00 |
| 1 | 1 | 0 | 4019236-E4 | ELA4 1YR SW MNT CLOUDPORTAL BUSINESS MANAG | $12,750.00 | $12,750.00 |

QUOTE: 41456-NETS-01-1

| | |
|---|---|
| Subtotal | $93,925.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $93,925.00 |

The commodities technology and software were exported from the United States
In accordance with the Export Administration Regulations
Diversion contrary to U.S. law prohibited

**EXHIBIT E** (tabbies)

reprint   7/31/2013   3:58:34 PM

REDAPT-00001

# TERMS AND CONDITIONS

THESE TERMS AND CONDITIONS GOVERN THE SALE OF ALL PRODUCTS AND SERVICES ("PRODUCTS") BY REDAPT ("SELLER") AND APPLY NOTWITHSTANDING ANY CONFLICTING, CONTRARY OR ADDITIONAL TERMS AND CONDITIONS IN ANY PURCHASE ORDER OR OTHER DOCUMENT OR COMMUNICATION ("PURCHASE ORDER") FROM BUYER. THESE TERMS AND CONDITIONS MAY ONLY BE WAIVED OR MODIFIED IN A WRITTEN AGREEMENT SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SELLER. NEITHER SELLER'S ACKNOWLEDGMENT OF A PURCHASE ORDER NOR SELLER'S FAILURE TO OBJECT TO CONFLICTING, CONTRARY OR ADDITIONAL TERMS AND CONDITIONS IN A PURCHASE ORDER SHALL BE DEEMED AN ACCEPTANCE OF SUCH TERMS AND CONDITIONS OR A WAIVER OF THE PROVISIONS HEREOF.

1. **ORDERS.** Orders shall be initiated by Buyer issuing a written Purchase Order. Purchase Orders shall identify the Products, unit quantities, part numbers, descriptions, applicable prices and requested delivery dates. All orders are subject to acceptance by Seller. No orders for Products may be cancelled or rescheduled without Seller's consent, which consent may be given by Seller in its sole discretion. Seller reserves the right to allocate sales of Products among its customers in its sole discretion.

2. **PRICES.** Prices shall be as specified by Seller and shall be applicable for the period specified in Seller's quote. If no period is specified, prices shall be applicable for thirty (30) days. Notwithstanding the foregoing, prices shall be subject to increase in the event of an increase in Seller's costs or other circumstances beyond Seller's reasonable control. Prices are exclusive of taxes, impositions and other charges, including: sales, use, excise, value added and similar taxes or charges imposed by any government authority, international shipping charges, forwarding agent's and broker's fees, consular fees, document fees and import duties. If Seller shall be liable for or shall pay any of the foregoing, the same shall be paid by Buyer to Seller in addition to the price of the Products.

3. **TERMS OF PAYMENT.** Payment shall be net thirty (30) days from date of invoice or as otherwise specified by Seller on the invoice. Buyer agrees to pay the entire net amount of each invoice from Seller pursuant to the terms of each such invoice without offset or deduction. Orders may be subject to credit approval by Seller, which may in its sole discretion at any time change the terms of Buyer's credit, require payment in cash, bank wire transfer or by official bank check and/or require payment of any or all amounts due or to become due for Buyer's order before shipment of any or all of the Products. If Seller believes in good faith that Buyer's ability to make payments may be impaired or if Buyer shall fail to pay any invoice when due, Seller may suspend delivery of any order or any remaining balance thereof until such payment is made or cancel any order or any remaining balance thereof, and Buyer shall remain liable to pay for any Products already shipped. Buyer agrees to submit such financial information from time to time as may be reasonably requested by Seller for the establishment and/or continuation of credit terms. Seller retains, and Buyer hereby grants Seller, a security interest in the goods, including all accessions to and replacements of them until Buyer has made payment in full in accordance with the terms hereof, and Buyer shall cooperate fully with Seller in executing such documents, including a Uniform Commercial Code financing statement, and accomplishing such filings and/or recordings thereof as Seller may deem necessary for the perfection and protection of such security interest. Checks are accepted subject to collection and the date of collection shall be deemed the date of payment. Any check received from Buyer may be applied by Seller against any obligation owing from Buyer to Seller, regardless of any statement appearing on or referring to such check, without discharging Buyer's liability for any additional amounts owing from Buyer to Seller, and the acceptance by Seller of such check shall not constitute a waiver of Seller's right to pursue the collection of any remaining balance. Returned checks shall be subject a $20.00 return fee. Buyer shall pay interest on the balance of any invoice not paid when due from the due date to the date of payment at the rate of one and one-half (1-1/2%) percent per month or the highest permissible rate allowable by law, whichever is less. If Buyer fails to make any payment when due, any remaining balance shall immediately become due and payable at the option of Seller. In such event, Buyer and Seller agree that Seller may pursue any legal or equitable remedies, in which event Seller shall be entitled to interest, reimbursement for costs of collection and reasonable attorneys fees.

4. **DELIVERY AND TITLE.** All shipments by Seller are F.O.B. Destination unless otherwise agreed to in writing and all transportation and insurance charges shall be paid by Buyer in addition to the price of the Products. In the event the parties agreed to F.O.B. Origin, and subject to Seller's right of stoppage in transit, delivery of the Products to the carrier shall constitute delivery to Buyer and risk of loss shall thereupon pass to Buyer; however, title shall remain in Seller until Buyer makes payment in full for the Products. In the event buyer requests and seller agrees to insure F.O.B. Origin shipments, the cost of such insurance shall be paid by buyer. Selection of the carrier and delivery route shall be made by Seller unless specified by Buyer. Seller shall use reasonable efforts to initiate shipment and schedule delivery as close as possible to Buyer's requested delivery dates. Buyer acknowledges that delivery dates provided by Seller are estimates only and that Seller is not liable for failure to deliver on such dates. Seller reserves the right to make deliveries in installments. Delivery of a quantity which varies from the quantity specified shall not relieve Buyer of the obligation to accept delivery and pay for the Products delivered. Delay in delivery of one installment shall not entitle Buyer to cancel other installments.

5. **ACCEPTANCE OF PRODUCTS, CANCELLATION AND PRODUCT RETURNS.** Inspection and acceptance of the Products shall be Buyer's responsibility. Buyer is deemed to have accepted the Products unless written notice of rejection is received by Seller within thirty (30) days after delivery of the Products. Buyer waives any right to revoke acceptance thereafter. Buyer shall report any discrepancy in shipment quantity or damage within five (5) days after delivery. Returned Products must be in Seller's original shipping cartons complete with all packing materials. All Products for return shall be returned freight prepaid. If returned Products are claimed to be defective, a complete description of the nature of the defect must be included with the returned Products. Products not eligible for return shall be returned to Buyer, freight collect. In the event of cancellation or other withdrawal of an order for any reason, and without limiting any other remedy which Seller may have as a result of such cancellation, reasonable cancellation or restocking charges in the amount of twenty-five percent (25%) of the invoice shall be paid by Buyer to Seller. Should Buyer notify Seller that Products received are defective or otherwise unacceptable (DOUP) and should Seller ship replacement Products to Buyer, the terms of the invoice for such replacement shipment shall be net ten (10) days from date of invoice or as otherwise specified by Seller on the invoice, and Buyer must either pay such invoice by, or return the DOUP to reach Seller no later than, the due date of such invoice. Should Buyer elect to return the DOUP and should Seller receive the returned DOUP after the due date of the invoice for the replacement Products and should Seller accept such return then, without limiting any other remedy which Seller may have, reasonable restocking charges in the amount of twenty-five percent (25%) of such invoice shall be paid by Buyer to Seller. Seller, in its sole discretion, may refuse to accept the return of the DOUP if such returned DOUP are received by Seller after the due date of the invoice for the replacement shipment and, in such event, Buyer shall pay to Seller the full amount of the invoice for the replacement shipment to compensate Seller for the value of the DOUP and, among other things, the depreciation of, or lapse of manufacturer's or other warranties on, the DOUP.

6. **FORCE MAJEURE.** Seller shall not be liable for failure to fulfill its obligations herein or for delays in delivery due to causes beyond its reasonable control, including, but not limited to, acts of God, natural disasters, acts or omissions of other parties, acts or omissions of civil or military authority, Government priorities, changes in law, material shortages, fire, strikes, floods, epidemics, quarantine restrictions, riots, war, acts of terrorism, delays in transportation or inability to obtain labor or materials through its regular sources. Seller's time for performance of any such obligation shall be extended for the time period of such delay or Seller may, at its option, cancel any order or remaining part thereof without liability by giving notice of such cancellation to Buyer.

7. **SELLER'S LIMITED WARRANTY.** Seller warrants to Buyer that upon delivery to Buyer and for a period of twelve (12) months thereafter, the Products purchased hereunder shall conform to the applicable manufacturer's specifications for such Products. Seller makes no other warranty, express or implied, with respect to the Products. IN PARTICULAR, SELLER MAKES NO WARRANTY RESPECTING THE MERCHANTABILITY OF THE PRODUCTS OR THEIR SUITABILITY FOR ANY PARTICULAR PURPOSE OR USE OR RESPECTING INFRINGEMENT. With respect to Products which do not meet applicable manufacturer's specifications, and with respect to value-added work by Seller which does not meet applicable Buyer's specifications, Seller's liability is limited, at Seller's election, to (1) refund of Buyer's purchase price for such Products (without interest), (2) repair of such Products, or (3) replacement of such Products; provided, however, that such Products must be returned to Seller, along with acceptable evidence of purchase, within thirty (30) days from date of delivery, transportation and insurance charges prepaid. Seller shall replace any defective part within one (1) business day of receipt of a defective part. Seller shall transfer to Buyer whatever transferable warranties and indemnities Seller receives from the manufacturer of the Products, including any transferable warranties and indemnities respecting patent infringement.

8. **LIMITATION OF LIABILITIES.** BUYER SHALL NOT IN ANY EVENT BE ENTITLED TO, AND SELLER SHALL NOT BE LIABLE FOR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE INCLUDING, WITHOUT LIMITATION, BUSINESS INTERRUPTION COSTS, REMOVAL AND/OR REINSTALLATION COSTS, REPROCUREMENT COSTS, LOSS OF PROFIT OR REVENUE, LOSS OF DATA, PROMOTIONAL OR MANUFACTURING EXPENSES, OVERHEAD, INJURY TO REPUTATION OR LOSS OF CUSTOMERS, EVEN IF SELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BUYER'S RECOVERY FROM SELLER FOR ANY CLAIM SHALL NOT EXCEED BUYER'S PURCHASE PRICE FOR THE PRODUCT GIVING RISE TO SUCH CLAIM IRRESPECTIVE OF THE NATURE OF THE CLAIM, WHETHER IN CONTRACT, TORT, WARRANTY, OR OTHERWISE. SELLER SHALL NOT BE LIABLE FOR AND BUYER SHALL INDEMNIFY, DEFEND AND HOLD SELLER HARMLESS FROM ANY CLAIMS BASED ON SELLER'S COMPLIANCE WITH BUYER'S DESIGNS, SPECIFICATIONS OR INSTRUCTIONS, OR MODIFICATION OF ANY PRODUCTS BY PARTIES OTHER THAN SELLER, OR USE IN COMBINATION WITH OTHER PRODUCTS.

9. **INSTALLATION.** Buyer shall be solely responsible for the installation and operation of the goods covered hereby including without limitation, the obtaining of all permits, licenses or certificates required for the installation or use of such goods.

10. **STATEMENTS AND ADVICE.** If statements or advice, technical or otherwise, are offered or given to Buyer, such statements or advice shall be deemed to be given as an accommodation to Buyer and without charge and Seller shall have no responsibility or liability for the content or use of such statements or advice.

11. **INTELLECTUAL PROPERTY.** If an order includes software or other intellectual property, such software or other intellectual property is provided by Seller to Buyer subject to the copyright and user license, the terms and conditions of which are set forth in the license agreement accompanying such software or other intellectual property. Nothing herein shall be construed to grant any rights or license to use any software or other intellectual property in any manner or for any purpose not expressly permitted by such license agreement.

12. **EXPORT CONTROL.** The sale, resale or other disposition of Products and any related technology or documentation are subject to the export control laws, regulations and orders of the United States and may be subject to the export and/or import control laws and regulations of other countries. Buyer agrees to comply with all such laws, regulations and orders and acknowledges that it shall not directly or indirectly export any Products to any country to which such export or transmission is restricted or prohibited. Buyer acknowledges its responsibility to obtain any license to export, re-export or import as may be required.

13. **GENERAL.** As used herein, terms appearing in the singular shall include the plural and terms appearing in the plural shall include the singular. No rights, duties, agreements or obligations hereunder may be assigned or transferred by either party, by operation of law, merger or otherwise, without the prior written consent of the other. Any attempted or purported assignment shall be void. The obligations, rights, terms and conditions hereof shall be binding on the parties hereto and their respective successors and assigns. The waiver of any provision hereof or of any breach or default hereunder shall not be deemed a waiver of any other provision hereof or breach or default hereunder. Any provision hereof which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof in that jurisdiction or affecting the validity or enforceability of such provision in any other jurisdiction.

14. **GOVERNING LAW.** This Agreement and performance hereunder shall be governed by and construed in accordance with the laws of the State of Washington.

15. **DISPUTES.** All disputes, under any contract concerning the goods not otherwise resolved between Seller and Buyer shall be resolved in a court of competent jurisdiction in King County, State of Washington and Buyer consents and agrees that jurisdiction and venue for such proceedings shall lie exclusively with such courts. In Seller's sole discretion such action may be heard in some other place designated by Seller (if necessary to acquire jurisdiction over third person), so that the dispute can be resolved in one action. Buyer agrees to appear in any such action and hereby consent to the jurisdiction of such court.

Redapt is an Equal Opportunity Employer. Redapt is a drug-free workplace.