UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NETSTANDARD, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>   Defendant. | CASE NO.  2:16-cv-02343-CM-JPO |

**CITRIX SYSTEMS, INC.'S MOTION TO
<u>STRIKE DECLARATION OF WALT LANE</u>**

  Defendant Citrix Systems, Inc. (Citrix) hereby moves to strike the Declaration of Walt Lane (Dkt. No. 75-3) (Lane Declaration) filed in opposition to Citrix's Motion to Transfer Venue (Dkt. No. 30).  In further support of its motion, Citrix respectfully refers the Court to its Memorandum of Law in Support of Citrix's Motion to Strike the Declaration of Walt Lane, which is filed simultaneously herewith and incorporated herein by reference.

  WHEREFORE, Defendant Citrix Systems, Inc. respectfully requests that this Court strike the Declaration of Walt Lane.

1

        Respectfully Submitted,

        CITRIX SYSTEMS, INC.
        By their attorneys,

            /s/   Robert H. Bernstein
        Robert H. Bernstein, Esq. KS Fed. Bar No. 78213
        GREENBERG TAURIG, LLP
        500 Campus Drive
        Suite 400
        Florham, NJ 07932-0677
        Tel. (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)

        <u>OF COUNSEL:</u>
        John F. Farraher, Jr., BBO #568194 (*pro hac vice*)
        Emily C. Hannigan BBO # 687935 (*pro hac vice*)
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, Massachusetts 02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001
        Email:  Farraherj@gtlaw.com
        Email: hannigane@gtlaw.com


<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 13, 2017.


                                                   /s/   Robert Bernstein
DATED:      April 13, 2017                  Robert Bernstein, Esq.